**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

ELVIS SEQUEIRA,  　　　　　　　　　　CASE NO.: 0:17-cv-60194
　　　Plaintiff,

vs.

Navient Solutions, Inc.,
　　　Defendant.
_____/

**Plaintiff NOTICE OF SETTLEMENT**

**COMES NOW**, Plaintiff, ELVIS SEQUEIRA ("Plaintiff"), by and through undersigned counsel, and hereby files this Notice of Settlement, and states that Plaintiff and Defendant, Navient Solutions, Inc., have come to an amicable settlement agreement.

Date: **June 29, 2017**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of June, 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

　　　　　　　　　　　　　　　　　　　　/s/ Christopher W. Boss
　　　　　　　　　　　　　　　　　　　　Christopher W. Boss, Esq.
　　　　　　　　　　　　　　　　　　　　FL Bar No.: 13183
　　　　　　　　　　　　　　　　　　　　**Boss Law**
　　　　　　　　　　　　　　　　　　　　Service Email: CPservice@protectyourfuture.com
　　　　　　　　　　　　　　　　　　　　9887 4th Street N., Suite 202
　　　　　　　　　　　　　　　　　　　　St. Petersburg, FL 33702
　　　　　　　　　　　　　　　　　　　　Phone: (727) 471-0039
　　　　　　　　　　　　　　　　　　　　Fax: (727) 471-1206
　　　　　　　　　　　　　　　　　　　　Counsel for Plaintiff