UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 17-60194-CV-MIDDLEBROOKS

ELVIS SEQUEIRA,

    Plaintiff,

v.

NAVIENT SOLUTIONS, INC.,

    Defendant.
_____/

<u>**ORDER CLOSING CASE**</u>

THIS CAUSE comes before the Court upon a Joint Stipulation for Dismissal with Prejudice, filed July 20, 2017. (DE 22). The Court notes, however, that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is required to dismiss this action. Accordingly, it is

**ORDERED and ADJUDGED** that

(1) This case is **DISMISSED WITH PREJUDICE**;

(2) The Clerk of Court shall **CLOSE this CASE** and **DENY all PENDING MOTIONS as MOOT.**

(3) The Court shall retain jurisdiction for six weeks to enforce the terms of the Parties' settlement.

**DONE and ORDERED** in Chambers, at West Palm Beach, Florida, this 21 day of July, 2017.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record